722 A.2d 1288

IN THE MATTER OF EDWARD LAWSON, JR., AN ATTORNEY AT LAW.

February 2, 1999.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g)(3) and *Rule* 1:20–11, seeking the immediate temporary suspension from practice of **EDWARD LAWSON, Jr.**, of **GUTTENBERG**, who was admitted to the bar of this State in 1992, and good cause appearing;

It is ORDERED that **EDWARD LAWSON, Jr.**, is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **EDWARD LAWSON, Jr.**, pursuant to *Rule* 1:21–6, shall be restrained from disbursement except upon application to this Court, for good cause shown; and it is further

ORDERED that **EDWARD LAWSON, Jr.**, be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **EDWARD LAWSON, Jr.**, comply with *Rule* 1:20–20 dealing with suspended attorneys.